1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO. 2:02-CR-00366 LKK |
|---|---|
| Plaintiff, | **ORDER DISMISSING INDICTMENT AS TO DEFENDANT JUAN (LNU)** |
| v. | |
| JOSE LUIS AVALOS-HERNANDEZ | |
| Defendant. | |

   For the reason set forth in the motion to dismiss filed by the United States, the charges against defendant **JUAN LNU** in the pending Indictment, are hereby DISMISSED and any outstanding arrest warrants are recalled.

Dated: March 1, 2013

_____
HONORABLE LAWRENCE K. KARLTON
UNITED STATES DISTRICT COURT JUDGE

1